IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ADRIAN RODRIGUEZ and KEISEAN ROCKMORE,<br><br>　　　　　　　　Defendants. | CASE NO. 5:21-MJ-00009-JLT<br><br>[PROPOSED] ORDER UNSEALING COMPLAINT, ARREST WARRANTS AND AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint, arrest warrants, and affidavit in the above-captioned matter be, and are, hereby ordered unsealed.

Dated: March 10, 2021

_____
JENNIFER L. THURSTON
CHIEF U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL COMPLAINT