IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>      Plaintiff,<br><br>    v.<br><br>**ADRIAN RODRIGUEZ CARDENAS,**<br><br>      Defendant. | **CASE NO:** 5:21-MJ-00009-JLT` |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
  ☒ Ad Prosequendum  ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Adrian Rodriguez Cardenas (LAR 0563150) | |
| Detained at | Lerdo Justice Facility | |
| Detainee is: | a.) | ☒ charged in this district by:  ☐ Indictment  ☐ Information  ☒ Complaint<br>  charging detainee with:  21 U.S.C. §§ 841(a)(1), 846 |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary* **MARCH 25, 2021, 2:30PM (JLT)** in the Eastern District of California (See ECF No. 9).

| | |
|---|---|
| Signature: | */s/ CHRISTOPHER D. BAKER* |
| Printed Name & Phone No: | AUSA Christopher D. Baker (559-290-0530) |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum  ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **on March 25, 2021, at 2:30pm**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

| | |
|---|---|
| Dated: March 19, 2021 | *Jennifer L. Thurston* (signature)<br>Honorable Jennifer L. Thurston<br>U.S. MAGISTRATE JUDGE |

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) | | ☒ Male | ☐ Female |
| Booking or CDC #: | LAR 0563150 | DOB: | June 9, 2000 |
| Facility Address: | 17801 Industrial Farm Rd. Bakersfield | Race: | Hispanic |
| Facility Phone: | (661) 391-3100 | FBI#: | T5FF4J06L |

## RETURN OF SERVICE

Executed on: _____  _____
                (signature)